# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**AFTER CONSIDERING THE APPLICATIONS** for executive clemency of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on July 28, 2016, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence:

| Name | Reg. No. |
|---|---|
| **Henry Claude Agnew** | Reg. No. 63179-004 |
| **David Lang Akana** | Reg. No. 91369-022 |
| **Bernard Beard**<br>  aka Bernard Devon Beard | Reg. No. 46687-112 |
| **Reginald Wendell Boyd, Jr.** | Reg. No. 22813-057 |
| **Carmel Bretous** | Reg. No. 61618-004 |
| **Terry Brown** | Reg. No. 31347-044 |
| **Willie Chevell Cameron** | Reg. No. 06187-017 |
| **Lewis Clay** | Reg. No. 53852-019 |
| **Manuel Colon** | Reg. No. 04341-748 |
| **Kevin County** | Reg. No. 23388-034 |
| **Nabar Moneek Criam** | Reg. No. 74313-053 |
| **Amos Embress Cyrus** | Reg. No. 87192-071 |
| **Roy Lee Debose** | Reg. No. 10371-035 |
| **Dexter Lanoyd Dickens** | Reg. No. 01640-017 |
| **Andre Ester** | Reg. No. 15767-179 |
| **Christopher Tim Florence** | Reg. No. 22509-057 |
| **Lamont Durville Glass** | Reg. No. 16178-074 |
| **Vander Keith Gore** | Reg. No. 97730-071 |
| **George Michael Gray** | Reg. No. 23902-086 |
| **Jerome Harris, Jr.** | Reg. No. 08954-003 |
| **Vernon Harris** | Reg. No. 49185-066 |
| **Kenneth G. Harvey** | Reg. No. 05682-045 |
| **Andrew Lee Holzendorf** | Reg. No. 10331-017 |
| **Tommy Howard** | Reg. No. 03771-061 |
| **Kenneth Isaacs** | Reg. No. 18540-009 |
| **Robert Lee Lane** | Reg. No. 10595-018 |
| **Angela LaPlatney** | Reg. No. 08713-091 |
| **Byron Lamont McDade** | Reg. No. 23830-016 |
| **Gregory Morgan** | Reg. No. 53865-019 |
| **Larry Nokes** | Reg. No. 14617-026 |
| **Wayne Parker**<br>  aka Wayne Ryals | Reg. No. 61163-004 |
| **Carol Denise Richardson** | Reg. No. 16753-179 |
| **Jose Ramon Rivera** | Reg. No. 04152-424 |
| **Jeffrey Sapp** | Reg. No. 55956-004 |
| **Eric Smith** | Reg. No. 14755-076 |
| **Ernest Spiller** | Reg. No. 04853-025 |
| **Tairone Traniel Stanford** | Reg. No. 07316-078 |
| **Alohondra Rey Staton**<br>  aka Alohondra Ray Staton | Reg. No. 19476-056 |
| **Corey R. Thomas** | Reg. No. 30498-044 |

| | |
|---|---|
| **Damion L. Tripp** | Reg. No. 03299-044 |
| **Dwayne Twane Walker** | Reg. No. 06431-084 |
|   aka **Duane Tuane Walker** | |
| **Shermaine Donnell Whitley** | Reg. No. 99074-071 |
| **Sammy Lee Woods** | Reg. No. 30425-013 |
| **Christopher Michael Wright** | Reg. No. 67154-065 |
| **Michael A. Yandal** | Reg. No. 09005-033 |

    I hereby further commute the total sentence of imprisonment each of the following persons is now serving to expire on July 28, 2016. I also remit the unpaid balance of the fine imposed on each named person. I leave intact and in effect for each named person the term of supervised release imposed by the court, with all its conditions and all other components of each respective sentence:

| | |
|---|---|
| **Curtis Greer** | Reg. No. 20313-179 |
| **Herbert Lewis, Jr.** | Reg. No. 07222-062 |
| **John E. Milton, III** | Reg. No. 24395-034 |
| **Exdonovan Peak** | Reg. No. 08770-005 |
| **Melissa Ross** | Reg. No. 24736-018 |

    I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to expire on March 30, 2017, leaving intact and in effect for each named person all other components of each respective sentence. I also direct the Bureau of Prisons to place each of the following persons on one year of pre-release custody:

| | |
|---|---|
| **Robert Anthony Anderson** | Reg. No. 02995-033 |
| **Anthony Lee Lewis** | Reg. No. 17215-018 |

    I hereby further commute the total sentence of imprisonment each of the following persons is now serving to expire on March 30, 2017. I also remit the unpaid balance of the fine imposed on each named person. I leave intact and in effect for each named person all other components of each respective sentence. I also direct the Bureau of Prisons to place each of the following persons on one year of pre-release custody:

| | |
|---|---|
| **Marvin Bailey** | Reg. No. 05193-088 |
| **Alvin Cordell** | Reg. No. 02718-061 |

    I hereby further commute the total sentence of imprisonment imposed upon **Nathan Carter**, Reg. No. 14989-076, in Docket No. 2:98CR20237-001 in the Western District of Tennessee to expire on July 28, 2016, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also commute the total 30-month supervised release violation sentence imposed upon the said **Nathan Carter**, Reg. No. 14989-076, in Docket No. 2:94CR20285-JPM-1 in the Western District of Tennessee, leaving intact and in effect the 18-month term of supervised release with all its conditions and all other components of the sentence.

    I hereby further commute the total sentence of imprisonment imposed upon **Ian Kavanaugh Gavin**, Reg. No. 09580-003, to expire on July 28, 2016. I also commute the eight-year term of supervised release imposed upon the said **Ian Kavanaugh Gavin** to a term of four years of supervised release. I leave intact and in effect all conditions of the supervised release and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Isadore Gennings**, Reg. No. 03394-061, to expire on July 28, 2016. I also commute the 10-year term of supervised release imposed upon the said **Isadore Gennings** to a term of five years of supervised release. I leave intact and in effect all conditions of the supervised release and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Michael W. Morris**, Reg. No. 31347-039, to expire on July 28, 2016. I also commute the 10-year term of supervised release imposed upon the said **Michael W. Morris** to a term of five years of supervised release. I leave intact and in effect all conditions of the supervised release and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Ismael Rosa**, Reg. No. 05947-424, to expire on March 30, 2017, leaving intact and in effect all other components of the sentence. I also direct the Bureau of Prisons to place the said **Ismael Rosa** on one year of home confinement.

I hereby further commute the total sentence of imprisonment imposed upon **Robin Evette Shoulders**, Reg. No. 08188-033, to expire on September 26, 2016, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence.

I hereby further commute the total sentence of imprisonment imposed upon **Jesse Webster**, Reg. No. 08899-424, to expire on September 26, 2016. I also remit the unpaid balance of the $25,000 fine imposed upon the said **Jesse Webster**. I leave intact and in effect the five-year term of supervised release with all its conditions and all other components of the sentence.

**I HEREBY DESIGNATE**, direct, and empower the Acting Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.

*Done at the City of Washington this thirtieth day of March in the year of our Lord Two thousand and sixteen and of the Independence of the United States the two hundred and fortieth.*

**BARACK OBAMA**
**President**